UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ELLIS, JR.,<br><br>                              Plaintiff,<br><br>         -against-<br><br>RHONDA P. SEALEY; CAROL ANN JORDAN,<br><br>                              Defendants. | 21-CV-4398 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 15, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted, under the doctrine of absolute judicial immunity, and as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    June 15, 2021
             New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                           Chief United States District Judge